IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN




 





NO. 3-94-756-CV





SEQUIN IMPORTS UNLIMITED, INC.,



 APPELLANT


vs.





JACQUELINE KELLY D/B/A ULTIMATE VISION,



 APPELLEE



 




FROM THE DISTRICT COURT OF TRAVIS COUNTY, 98TH JUDICIAL DISTRICT



NO. 94-08798, HONORABLE JOHN K. DIETZ, JUDGE PRESIDING



 





PER CURIAM


 

 The parties have filed an agreed motion to dismiss this appeal. The motion is
granted. Tex. R. App. P. 59(a)(1)(A).

 The judgment of the trial court is reversed and the cause remanded for a new trial,
pursuant to the parties' agreement.


Before Justices Powers, Aboussie and B. A. Smith

Reversed and Remanded

Filed: January 11, 1995

Do Not Publish